WILLIAM R. TAMAYO, SBN 084965
JONATHAN T. PECK, SBN 12303 (VA)
DEBRA A. SMITH, SBN 147863
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone: (415) 625-5650
Facsimile: (415) 625-5657
E-mail: debra.smith@eeoc.gov

Attorneys for Plaintiff EEOC

E-filing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>v.<br><br>BRT MANAGEMENT COMPANY, INC. d/b/a BUY-RITE THRIFT STORE, and W. & J. MGT. CO., Inc. d/b/a BUY-RITE THRIFT STORE<br><br>Defendants. | Case No. CV 11 4536 HRL<br><br>COMPLAINT<br><br>Civil Rights - Employment Discrimination<br><br>DEMAND FOR JURY TRIAL |

COMPLAINT AND JURY DEMAND

## NATURE OF THE ACTION

This is an action under Title I of the Americans with Disabilities Act of 1990, as amended, and Title VII of the Civil Rights Act of 1964, as amended, to correct unlawful employment practices on the basis of disability (epilepsy) and to provide appropriate relief to Charging Party, Chris J. Cherling, who was adversely affected by such practices. Defendants BRT Management Company, Inc. d/b/a Buy-Rite Thrift Store and W. & J. Mgt. Co., Inc. d/b/a Buy-Rite Thrift Store ("Defendants" or "Employers") discriminated against Charging Party Cherling, a qualified individual with a disability, by discharging him because of his epileptic seizures.

## JURISDICTION AND VENUE

1. Jurisdiction of the Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to § 107(a) of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12117(a), as amended by the ADA Amendments Act of 2008, which incorporates by reference section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e-5(f)(1) and (3), and pursuant to § 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the State of California, thus venue is proper "in any judicial district in the State in which the unlawful employment practice is alleged to have been committed." (Section 706(f)(3) of Title VII, 42 U.S.C. §2000e-5(f)(3)). Venue is therefore proper in the United States District Court for the Northern District of California.

## INTRA-DISTRICT ASSIGNMENT

3. This action is appropriate for assignment to the San Jose Division because the administrative charge underlying this case was investigated by the San Jose Local Office of the San Francisco District Office of Plaintiff Equal Employment Opportunity Commission, and the records related to that investigation are in San Jose.

## PARTIES

4. Plaintiff, the U.S. Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and

1

COMPLAINT AND JURY DEMAND

enforcement of Title I of the ADA and is expressly authorized to bring this action by § 107(a) of the ADA, 42 U.S.C. § 12117(a), as amended, which incorporates by reference section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3), as amended.

5. At all relevant times, Defendants have continuously done business as Buy-Rite Thrift Store, a California company, doing business in the State of California, in the County of Stanislaus, and has continuously had at least fifteen (15) employees.

6. At all relevant times, Defendants have continuously been employers engaged in an industry affecting commerce under section 101(5) of the ADA, 42 U.S.C. § 12111(5), and section 101(7) of the ADA, 42 U.S.C. § 12111(7), as amended, which incorporates by reference section 701(g) and (h) of Title VII, 42 U.S.C. § 2000e(g) and (h).

7. At all relevant times, the Defendants have been covered entities under section 101(2) of the ADA, 42 U.S.C. § 12111(2), as amended.

## STATEMENT OF CLAIMS

8. More than thirty days prior to the institution of this lawsuit, Charging Party Cherling filed a charge with the Commission, alleging violations of Title I of the ADA, as amended, by Defendants. All conditions precedent to the institution of this lawsuit have been fulfilled.

9. Since at least February 2009, Defendants have engaged in unlawful employment practices at their Buy-Rite Thrift Store in Modesto, California in violation of Section 102(a) of Title I of the ADA, 42 U.S.C. §12112(a), as amended, by, *inter alia*, discharging Charging Party Cherling because he suffered epileptic seizures during his employment.

10. On or about February 12, 2009, Charging Party Cherling filled out an employment application and interviewed with the owner of Defendants' Buy-Rite Thrift Store. Defendants hired Mr. Cherling as a stocker for the evening shift at their Buy-Rite Thrift Store. Prior to this, Mr. Cherling had a seventeen year employment history with Safeway Foods, Inc. where he worked as a stocker for approximately the first twelve years and as a cashier for the last five years. Early in his employment, Mr. Cherling informed the Store Manager of Defendants' Buy-Rite Thrift Store that he had epilepsy and suffered mild seizures. Both the Store Owner and Store Manager of Defendants' Buy-Rite Thrift Store determined that Mr. Cherling was a danger to himself and others after he

experienced three epileptic incidents at work. Defendants fired Mr. Cherling on March 31, 2009.

11. The effect of the actions complained of in Paragraphs 9 and 10 above has been to deprive Charging Party Cherling of equal employment opportunities and otherwise adversely affect his status as an employee because of his disability.

12. The unlawful employment practices complained of in Paragraphs 9 and 10 above were intentional.

13. The unlawful employment practices complained of in Paragraphs 9 and 10 above were done with malice or reckless indifference to Charging Party Cherling's federally protected rights.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendants, their officers, agents, employees, attorneys, successors, assigns, and all persons acting in concert or participation with Defendants, from terminating the employment of an employee because of a disability, failing to reinstate or provide a reasonable accommodation to an employee because of a disability, and engaging in any other employment practice which discriminates against an employee on the basis of disability.

B. Order Defendants to institute and carry out policies, practices, and programs which prohibit discrimination and eradicate the effects of their unlawful past and present employment practices.

C. Order Defendants to make whole Charging Party Cherling by providing appropriate back pay and benefits with prejudgment interest in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of their unlawful employment practices, including but not limited to reinstatement and/or front pay.

D. Order Defendants to make whole Charging Party Cherling by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices complained of above, including but not limited to out-of-pocket expenses necessitated by Defendants' unlawful conduct, in amounts to be determined at trial.

E. Order Defendants to make whole Charging Party Cherling by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of above

including, but not limited to emotional pain and suffering, inconvenience, loss of enjoyment of life and humiliation, in amounts to be determined at trial.

    F.    Order Defendants to pay Charging Party Cherling punitive damages for their malicious or reckless conduct described above, in an amount to be determined at trial.

    G.    Grant such further relief as the Court may deem just and proper in the public interest.

    H.    Award the Commission its costs in this action.

## DEMAND FOR JURY TRIAL

The Commission requests a jury trial on all questions of fact raised by its Complaint.

P. DAVID LOPEZ
General Counsel

JAMES LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

Date: 9/13/11

_____
WILLIAM R. TAMAYO
Regional Attorney

Date: 9/13/11

_____
JONATHAN T. PECK
Supervisory Trial Attorney

Date: 9/13/11

_____
DEBRA A. SMITH
Senior Trial Attorney

Attorneys for Plaintiff
Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105-1260

COMPLAINT AND JURY DEMAND

4