*E-FILED 11-14-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>BRT MANAGEMENT COMPANY, INC. d/b/a/ BUY-RITE THRIFT STORE, and W. & J. MGT. CO., INC. d/b/a BUY-RITE THRIFT STORE,<br><br>        Defendants.<br>_____/ | No. C11-04536 HRL<br><br>**ORDER (1) CONTINUING INITIAL CASE MANAGEMENT CONFERENCE; AND (2) RE-SETTING DEADLINE FOR PLAINTIFF'S CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

There being no appearance by defendants, the initial case management conference set for November 15, 2011 is continued to **January 10, 2012, 1:30 p.m.**  No later than **November 21, 2011**, plaintiff shall file either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge.  Civ. L.R. 73-1.  The forms are available from the Clerk of the Court and on the court's website at http://cand.uscourts.gov.  Each party is free to decline to proceed before a magistrate judge and to request reassignment to a district judge without adverse substantive consequences.  FED. R. CIV. P. 73(b)(2).

SO ORDERED.

Dated: November 14, 2011



_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-04536-HRL Notice has been electronically mailed to:

Debra A. Smith    debra.smith@eeoc.gov, jonathan.peck@eeoc.gov, pat.tickler@eeoc.gov, william.tamayo@eeoc.gov

Jonathan T. Peck    Jonathan.Peck@eeoc.gov

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.