*E-FILED:   February 7, 2012*

1   WILLIAM R. TAMAYO, SBN 084965
    JONATHAN T. PECK, SBN 12303 (VA)
2   DEBRA A. SMITH, SBN 147863
    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3   San Francisco District Office
    350 The Embarcadero, Suite 500
4   San Francisco, CA 94105-1260
    Telephone: (415) 625-5650
5   Facsimile: (415) 625-5657
    E-mail: debra.smith@eeoc.gov
6
    Attorneys for Plaintiff EEOC
7

8

9                   UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12
    EQUAL EMPLOYMENT                    Case No.    5:11-cv-04536-HRL
13  OPPORTUNITY COMMISSION,

14              Plaintiff,             CONSENT DECREE

15          v.

16  BRT MANAGEMENT COMPANY,
    INC. d/b/a BUY-RITE THRIFT
17  STORE, and W. & J. MGT. CO., Inc.
    d/b/a BUY-RITE THRIFT STORE
18
                Defendants.
19

20

21

22

23

24

25

26

27

28
    CONSENT DECREE

## I.  INTRODUCTION

On September 13, 2011, Plaintiff Equal Employment Opportunity Commission ("EEOC" or "Commission") filed this action on behalf of Chris J. Cherling, alleging that his employer,  Buy-Rite Thrift Store ("Defendant"), discriminated against him because of his disability by discharging him in violation of the Americans with Disabilities Act, 42 U.S.C. §§12112(a), as amended by the ADA Amendments Act of 2008 ("ADAAA").  Defendant, owned and operated by Judy and Wesley Schulz ("the Schultzes"), has denied the EEOC's allegations.  Defendant did not agree to waive service and has not, as yet, been served nor answered the Complaint, as the parties have agreed to settle this matter by entry of this Consent Decree, avoiding the expenditure of additional resources and expenses in contested litigation. They enter into this Consent Decree to further the objectives of equal employment opportunity as set forth in the ADA.

## II. NON-ADMISSION OF LIABILITY AND NON-DETERMINATION BY THE COURT

This Consent Decree is not an adjudication or finding on the merits of this case and shall not be construed as an admission by Buy-Rite of a violation of the ADAAA.  Defendant denies all liability in this case.

## III. GENERAL PROVISIONS

1.      This Consent Decree is the final and complete resolution of the Commission's claim against Defendant and Mr. Cherling's charge of discrimination filed with the EEOC.

2.      This Consent Decree will become effective upon its entry by this Court.

3.      This Consent Decree is final and binding upon the parties to it, their successors and assigns.

4.      Each party shall bear its own costs and attorneys' fees in this action.

## IV. MONETARY RELIEF

5.      In settlement of this lawsuit, Defendant agrees to pay Chris Cherling a total of $50,000.00 (fifty thousand dollars and no cents).  The settlement sum shall be paid in three consecutive installments, the first two in the amount of $16,666.67 and the final installment in the amount of $16,666.66. Defendant will pay the first installment no later than 15 (fifteen) days after entry of this Decree.  Each subsequent installment shall be paid no later than 60 (sixty) days after the previous installment.  Defendant will complete payment of the full settlement amount no later than 135 (one hundred thirty-five) days after

CONSENT DECREE

1

entry of this Decree.  Defendant shall mail payments to Mr. Cherling directly at an address to be provided to the Defendant by the EEOC no later than 5 (five) days after entry of this Decree.

V.  INJUNCTIVE AND OTHER RELIEF

6.      Because Buy-Rite Thrift Store is no longer owned and operated by the Schultzes, injunctive relief is not appropriate at this time.  Accordingly, the provisions contained within paragraphs 7 through 14 below shall apply only in the event that the Schultzes resume doing business as Buy-Rite Thrift Store in Modesto, California at any time within three years of filing this Consent Decree.  In that event, Buy-Rite shall ensure that its new business entity shall observe the policies and practices set forth below.

A.  Anti-Discrimination Policies and Procedures

7.      Should the Schultzes resume business operations in Modesto, California within the next three years, they agree to draft an equal employment opportunity ("EEO") policy that prohibits discrimination against applicants and/or employees on the basis of disability, addresses its obligation to provide a work environment free from discrimination and retaliation for its employees, and includes procedures for requesting and granting requests for accommodation.  The Schultzes shall distribute this EEO policy to all present employees, both management and non-management within 90 days of resuming business.  Thereafter, the Schultzes shall issue the EEO policy to all new employees at the time of hire.

8.      Should the Schultes resume business operations in Modesto, California within the next three years, they agree to prevent discrimination based on disability and retaliation by training their employees, managers and supervisors so they understand the EEO policies and how those policies define and identify what constitutes discrimination based on disability and retaliation, and by making managers and supervisors personally accountable for the EEO policies.

B.  Employee Records and Neutral Employment Reference

9.      Defendant hereby certifies that the personnel file of Mr. Cherling has no reference to his EEOC charge or his allegations that it engaged in discrimination or to this litigation.  Defendant shall not disclose any information or make reference to any charge of discrimination or this litigation in responding to requests for information about Mr. Cherling.

C. Reporting

10.     Should the Schultzes resume business operations in Modesto, California within the next three years, they agree to provide annual written reports to the EEOC for a period of three years, certifying that they have created and maintained EEO policies and procedures and annually distributed copies of the EEO policy as provided in Paragraph 7 and complied with the training provisions as provided in Paragraph 8.  The Schultzes also agree to provide a copy of the EEO policy and procedures developed and implemented in accordance with Paragraphs 7 and 8.  These annual reports and documents shall be submitted to EEOC counsel as follows: Debra A. Smith, Senior Trial Attorney,  U.S. Equal Employment Opportunity Commission, San Francisco District Office, 350 The Embarcadero, Suite 500, San Francisco, CA  94105.

11.     Should the Schultzes resume business operations in Modesto, California within the next three years, they further agree to post a Notice to All Employees.  This Notice is attached as Exhibit 1 to this Consent Decree.  The Notice shall be posted on a centrally located bulletin board in the Schultzes' new Modesto, California facility for the duration of the Consent Decree.

## VI. ENFORCEMENT

12.     If the EEOC determines that the Schultzes have not complied with the terms of this Consent Decree, the EEOC shall provide them with written notification of the alleged breach.  The Commission shall not petition the Court for enforcement of this Consent Decree for at least twenty days after providing written notification of the alleged breach.  The twenty-day period following the written notice shall be used by the EEOC and the Schultzes for good faith efforts to resolve the dispute.

## VII. RETENTION OF JURISDICTION

13.     The United States District Court for the Northern District of California in San Jose shall retain jurisdiction over this matter for the duration of the Consent Decree.

CONSENT DECREE

3

1

## VIII. DURATION AND TERMINATION

2    14.    This Consent Decree shall be in effect for three years from the date of entry of this Decree.  If

3    the EEOC petitions the Court for breach of this Consent Decree, and the Court finds Defendant and/or

4    the Schultzes to be in violation of the terms of the Consent Decree, the Court may extend the duration

5    of this Consent Decree.

6           Dated this 2d day of ~~January~~ February 2012.

7                                                    P. DAVID LOPEZ
                                                     General Counsel
8
                                                     JAMES LEE
9                                                    Deputy General Counsel

10                                                   GWENDOLYN YOUNG REAMS
                                                     Associate General Counsel
11

12          Date:  2/31/12

13                                                   WILLIAM R. TAMAYO
                                                     Regional Attorney
14

15          Date:  2/2/12
                                                     JONATHAN T. PECK
16                                                   Supervisory Trial Attorney

17
            Date:  2/2/12
18                                                   DEBRA A. SMITH
                                                     Senior Trial Attorney
19

20                                                   Attorneys for Plaintiff
                                                     Equal Employment Opportunity Commission
21                                                   San Francisco District Office
                                                     350 The Embarcadero, Suite 500
22                                                   San Francisco, California 94105-1260

23

24          Date:  4/30/12
                                                     CATHERINE A. CORFEE
25
                                                     Attorneys for Buy-Rite Thrift Store
26                                                   CORFEE STONE & ASSOCIATES
                                                     5441 Fair Oaks Boulevard, Suite B-1
27                                                   Carmichael, CA  95608

28

CONSENT DECREE                                       4

## ORDER APPROVING CONSENT DECREE

The Court, having considered the foregoing stipulated agreement of the parties, HEREBY

ORDERS THAT the Consent Decree be, and the same hereby is, approved as the final decree of this

Court in full settlement of this action.  This lawsuit is hereby dismissed with prejudice and without

costs or attorneys' fees.  The Court retains jurisdiction of this matter for purposes of enforcing the

Consent Decree approved herein.

DATED this __7th__ day of __February__, 2012.

HOWARD R. LLOYD
MAGISTRATE JUDGE

Presented by:

THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By:  /s/ Debra A. Smith
Attorneys for Plaintiff
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94103

By:  /s/ Catherine R. Corfee

Attorney for BUY-RITE THRIFT STORE
CORFEE STONE & ASSOCIATES
5441 Fair Oaks Boulevard, Suite B-1
Carmichael, CA  95608

CONSENT DECREE

5

# NOTICE TO EMPLOYEES

This Notice has been posted pursuant to the settlement of a lawsuit: *EEOC v. Buy-Rite Thrift Stores* (Case No. 5:11-cv-04536-HRL, filed in the Northern District of California, San Francisco Division). In accordance with the Consent Decree, Buy-Rite Thrift Store will provide anti-discrimination training, implement policies to ensure supervisor and manager accountability with regard to anti-discrimination practices; and report to the EEOC as required by the Consent Decree.

Federal law prohibits an employer from discriminating against any individual based on the individual's disability with respect to hiring, promotion, demotion, terms and conditions of employment and/or termination. It is also unlawful for an employer to retaliate against any individual because he or she complains of discrimination, cooperates with the investigation by Buy-Rite or a governmental agency of a discrimination charge, participates as a witness or potential witness in any investigation or legal proceeding or otherwise exercises his or her rights under the anti-discrimination laws.

Any employee who is found to have retaliated against any other employee because such employee participated in this lawsuit will be subject to substantial discipline, up to and including immediate discharge.

Should you have any complaints of discrimination, harassment or retaliation, you should contact _____ at _____.

Employees also have the right to bring complaints of discrimination, harassment or retaliation to the U.S. Equal Employment Opportunity Commission, San Francisco District Office at 350 The Embarcadero, Suite 500, San Francisco, CA 94103, call 1-800-669-4000 or visit the website at www.eeoc.gov.

CONSENT DECREE

6